IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON SUBSCRIBING
TO CERTIFICATE NUMBER AMTE001696,

      Plaintiff,

v.                                                    No. 1:11-cv-01229-JDB-egb

WILLIAM PANIAGUA, *et al.*,

      Defendant.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

On August 16, 2012, the Plaintiff, Certain Underwriters at Lloyd's of London Subscribing to Certificate Number AMTE001696 ("Underwriters"), filed a motion for default judgment against Defendants Stephen Kossa, Virginia Kossa, Michael Cartwright, Charlotte Cartwright, Cory Kressee, and Kelley Kressee. (Docket Entry ("D.E.") 52.)  The Court referred the motion to United States Magistrate Judge Edward G. Bryant for a report and recommendation.  (D.E. 53.) On January 8, 2013, Judge Bryant issued a report and recommendation finding

> [t]hat a declaratory judgment be awarded to the Plaintiff against each and all defaulting adult Defendants (1) that they shall be foreclosed from any further participation in this Declaratory Judgment action; (2) that these Defendants shall be bound by whatever decision is reached in this matter regarding coverage under the Policy at issue here; (3) that the Plaintiff is not liable to these Defendants and are foreclosed and estopped from initiating any direct proceeding against Plaintiff for damages resulting from Mr. Paniagua's welding activities and from proceeding directly against the Plaintiff for any damages whatsoever

(D.E. 59.) According to the Court's docket, no objections to the Magistrate Judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the time for filing

objections has passed.  See Fed. R. Civ. P. 72(b). After a review of the Magistrate Judge's report and recommendation, the Court ADOPTS Judge Bryant's findings and recommendations, and the motion for default judgment is GRANTED.

IT IS SO ORDERED this 30th day of January, 2013.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE